UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY BOLOYAN,

    Plaintiff,

v.                                              CASE NO. 8:10-cv-02629-JDW-TGW

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, LARRY BOLOYAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: January 11, 2011              RESPECTFULLY SUBMITTED,

                                                  By: /s/ James Pacitti
                                                  James Pacitti (FBN: 119768)
                                                  Krohn & Moss, Ltd
                                                  10474 Santa Monica Blvd, Suite 401
                                                  Los Angeles, CA 90025
                                                  (323) 988-2400 x 230
                                                  (866) 802-0021 (fax)
                                                  jpacitti@consumerlawcenter.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, James Pacitti, certify that a true and correct copy of the foregoing was served via electronic mail upon the following:

Kevin Duffan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502
keduffan@portfoliorecovery.com
Attorney for Defendant

Dated:  January 11, 2011                              By:/s/ James Pacitti
                                                                   James Pacitti
                                                                   Attorney for Plaintiff