**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LARRY BOLOYAN,

      Plaintiff,

v.                            CASE NO. 8:10-cv-02629-JDW-TGW

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

        LARRY BOLOYAN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC. (Defendant), in this case.

                                    RESPECTFULLY SUBMITTED,

                                    By: _/s/ Shireen Hormozdi_____
                                        Shireen Hormozdi, Esq.
                                        FBN: 882461
                                        KROHN & MOSS, LTD.
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025
                                        T: (323) 988-2400 ext. 230
                                        F: (866) 802-0021
                                        shormozdi@consumerlawcenter.com
                                        *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Shireen Hormozdi, certify that a true and correct copy of the foregoing was served via electronic mail upon the following:

Kevin Duffan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502
keduffan@portfoliorecovery.com
Attorney for Defendant

Dated:  January 24, 2012                    By: /s/ Shireen Hormozdi_____
                                                    Shireen Hormozdi,
                                                    Attorney for Plaintiff

2