UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY BOLOYAN,

    Plaintiff,

vs.                                          Case No. 8:10-cv-2629-T-27TGW

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is a notice of voluntary dismissal (Dkt. 10). The notice is APPROVED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause has been DISMISSED WITH PREJUDICE. The Clerk is directed to CLOSE this case.

**DONE AND ORDERED** this 26th day of January, 2012.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record